**JUDGE MARK C. SCARSI**
**SCHEDULE OF CLASS CERTIFICATION DATES WORKSHEET**

For class actions, the Court will first set class certification dates and discovery dates. The Court will defer setting any other dates until class certification is resolved. Absent extraordinary circumstances, the Court will not bifurcate class discovery from merits discovery.

The Court **ORDERS** the parties to make every effort to agree on dates.

| Class Certification<br>*Note:* Hearings shall be on Monday at 9:00 A.M. Other dates can be any day of the week. | Date<br>mm/dd/yyyy | Court Order<br>mm/dd/yyyy |
|---|---|---|
| Non-Expert Discovery Cut-Off<br>• Set no later than 13 months from the date of the filing of the Complaint | 2/3/2022 | |
| Expert Disclosure (Initial) | 2/10/2022 | |
| Expert Disclosure (Rebuttal) | 3/3/22 | |
| Expert Discovery Cut-Off<br>• Set no later than 14 months from the date of the filing of the Complaint | 3/24/22 | |
| Deadline to File a Motion for Class Certification<br>• Set no later than 4 months from the Scheduling Conference | 10/18/21 | |
| Deadline to File an Opposition to the Motion for Class Certification<br>• Set no later than 3 weeks from the filing of the Motion for Class Certification | 11/8/21 | |
| Deadline to File a Reply<br>• Set no later than 3 Weeks from the filing of the Opposition | 11/29/21 | |
| Hearing Date on Motion for Class Certification<br>• Set no later than 3 weeks from the filing of the Reply | 12/20/21 | |