## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Cynthia Becker, | | CASE NUMBER: |
| v. | Plaintiff(s) | CV 21-2578 MCS (PVCx) |
| Real Estate Heaven International, Inc., | | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Pedro V. Castillo.

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A telephonic conference is set for Friday, September 10, 2021, at 1:30 p.m.

The Courtroom Deputy Clerk will email call-in instructions to the parties.


Dated:        September 3, 2021                     By:              Marlene Ramirez
                                                                      Deputy Clerk