UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   CV 21-2578 MCS (PVCx) | Date:  September 10, 2021 |
| Title   Cynthia Becker, et al. v. Real Estate Heaven Int'l, Inc. | |

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Christianna Howard | AT&T 9-10-21 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Rachel Kaufman | Richard M. Rosenthal |

**PROCEEDINGS:   [CHAMBERS] MINUTES OF SEPTEMBER 10, 2021 INFORMAL TELEPHONIC DISCOVERY CONFERENCE**

At the parties' request, on September 10, 2021, the Court conducted an informal telephonic discovery conference to address the parties' disputes regarding Defendant's production of text message logs.  The Court heard from counsel on both sides.  The Court encouraged the parties to continue their discussions regarding the discovery disputes and attempt to reach a resolution.  The Court further directed the parties to contact the Court Clerk by Friday, September 17, 2021 if they are unable to resolve their differences to request an expedited follow-up informal discovery conference.

|  | 00:20 |
|---|---|
| Initials of Preparer | ch |