RACHEL E. KAUFMAN (CAL BAR NO. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CYNTHIA BECKER**, individually on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**REAL ESTATE HEAVEN INTERNATIONAL, INC.**,<br><br>Defendant. | Case No. 2:21-cv-02578-MCS-PVC<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: Honorable Mark C. Scarsi |

Plaintiff Cynthia Becker and Defendant Real Estate Heaven International hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So Stipulated.

Respectfully Submitted,

Dated: January 13, 2022  By:  */s/ Rachel E. Kaufman*
Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiff and all others similarly situated*

Dated: January 13, 2022  */s/ Richard M. Rosenthal*
Richard M. Rosenthal, Esq.
Valentina Kudryavtseva, Esq.
8730 Wilshire Blvd. Suite 350
Beverly Hills, CA. 90211
Email: rckrsnthl@gmail.com
Telephone: (310) 474-3044

*Attorneys for Defendant*
*Real Estate Heaven International, Inc.*

## ATTESTATION PURSUANT TO LOCAL RULE

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Rachel Kaufman, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By:  */s/ Rachel E. Kaufman*
Rachel E. Kaufman

-2-

Stipulation for Dismissal
Case No. 2:21-cv-02578-MCS-PVC